■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESTER WEAVER, Appellant. (Appeal No. 2.) [601 NYS2d 897] — Judgment unanimously affirmed. Same Memorandum as in *People v Weaver*, 195 AD2d 1019 [decided herewith]). (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Violation of Probation.) Present—Callahan, J. P., Green, Lawton, Fallon and Boehm, JJ.